AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
### SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District Middle district | |
|---|---|---|
| Name *(under which you were convicted)*: Justina Maria Holland | | Docket or Case No.: 6:20-cr-00086-RBD-EJK |
| Place of Confinement: FMC Carswell | | Prisoner No.: 736/2018 |
| UNITED STATES OF AMERICA | v. Holland | Movant *(include name under which convicted)* |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   Middle District of Florida
   Orlando, Florida

   (b) Criminal docket or case number (if you know): 6:20-CR-00086-RBD-EJK

2. (a) Date of the judgment of conviction (if you know): 10-25-2021

   (b) Date of sentencing: 10-25-2021

3. Length of sentence: 72 months and 24 months total 96 months

4. Nature of crime (all counts):

   frauds and swindles (mail fraud), fraud by wire, access device fraud, Aggravated Identity theft, false use SSN, theft of government property

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐      (2) Guilty ☑      (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☐

AO 243 (Rev. 09/17)

8.  Did you appeal from the judgment of conviction?    Yes ☑    No ☐

9.  If you did appeal, answer the following:

(a) Name of court: _____ 11ᵗʰ Circuit _____

(b) Docket or case number (if you know): _____ 21-13968 _____

(c) Result: _Affirmed_____

(d) Date of result (if you know): _____ 2-03-2023 _____

(e) Citation to the case (if you know): _____

(f) Grounds raised:

Sophisticated means 2 point enhancement

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
Yes ☐    No ☑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

(4) Nature of the proceeding: _____

(5) Grounds raised:

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐    No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket of case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐    No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ☐    No ☐

(2) Second petition:    Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Conviction and Sentencing otherwise subject to Collateral attack, no set dollar amount at guilty plea

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Execution of sentencing by allowing a guilty plea to a fraud conviction for which sentencing is determined by "dollar amount of loss" without having that dollar amount determined prior to guilty plea as such my sentencing guidelines could not possible have been discussed or agreed upon with consel prior to accepting the guilty plea. This resulted in a guilty plea where sentencing was a moving target unknown to the defendant therefore unable to consent. At time of plea counsel advised Judge we were arguing dollar amount, Judge asked if we agreed $1,000 in loss, or more counsel advised the defendant to say yes. PSR later had pre determined amount in it prior to sentencing which defendant kept saying during interview she did not agree to. There would be no way for loss to be pre determined in a case where defendant only agreed to $1,000 and hearing was not held yet.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

My appeal attorney did not want to argue anything other than Sophisticated Means, but would bring up all these points if we had our appeal

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND TWO: Cansel failed to preseve my right to appeal

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My appeal was lost because it clearly stated that my Cansel did not preserve my right to appeal. Even though he told me after sentencing he did and filed the notice to appeal right away. This takes away my legal right to appeal Conviction and errors made.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

AO 243 (Rev. 09/17)

(2)  If you did not raise this issue in your direct appeal, explain why: This issue was not received until after we lost the appeal

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17)

**GROUND THREE:** New evidence civil case directly impacts my criminal Case, Conviction, and restitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to notify defendant that during criminal case there was another Civil case 6:19-cv-02252-CEM-LHP going on and he did not request to have Criminal postponed for conclusion of this case. Even though I was sentenced to fraud and restitution ordered, the Judge in this civil case said "Here, it is clear that the use of and payments made on the Johnson account were done with apparent authority" Judge held that Johnson was responsible for card, charges, payments, being on his credit report. This Judges ruling clearly shows I am not financially responsible, the card was used and opened with authority so my 155 10 theft charge is wrong, the fraud charges of access device are wrong. All credit cards on this case follow this ruling. We can't both be held liable and I can't be charged for fraud by one judge and another say no fraud was committed.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

appeal attorney was going to present new evidence after we win my appeal which we did not

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

AO 243 (Rev. 09/17)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):    _____

Date of the court's decision:    _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue:

_____

_____

**GROUND FOUR:** Cansel failed to used evidence Holland provided, Subpeana witnesses, total failure of evidence in case

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Significant evidence by the Government that would've shown Johnson fabricated and exaggerated claims of fraud. It would show he perjured himself and lied under oath. Cansel adviced he would present at sentancy hearing and did not include the governments witnesses that he did not subpeana to show pattern. The IRA checks in Hollands name in gov. evidence are endorsed and signed back over to my where you can see he signed and cashed, this would've been verified by subpeana of Brooke MacDonald as this practice was used prior to my employment so my could set finds out of IRA w/or penalty. AmEX he disputed for example ma.m Grade monthly charge but two months after my employment Charge Still on AmEx not disputed it's where he kept this own. personal boat, simple receipt would show this. w/ lied to enrich himself with false fraudclaims to Government

(b) Direct Appeal of Ground Four:

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2)   If you did not raise this issue in your direct appeal, explain why:

Attorney said we would use this after appeal was un which it was not.

(c) **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13.   Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

All of the grounds were not presented in my direct appeal. My appeal attorney advised they would be brought up at new Sentencing after appeal was won. We lost and I was advised an appeal to supreme court was not the way to go and to file a 2255 due to my inadequate Consel.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?    Yes ☑    No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

I have a compassionate release pending in Orlando, Florida for this case due to an assault that happened while in custody. However, not for the conviction itself.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

Michael Shay Ryan FPDO orlando Florida

(b) At the arraignment and plea:

Ali Kamalzadeh FPDO orlando florida

(c) At the trial:

N|A

(d) At sentencing:

Ali Kamalzadeh FPOO Orlando florida

(e) On appeal:

Meghan Ann Collins (Boyle) FPDO orlando florida

(f) In any post-conviction proceeding:

Jeremy Gordon compassionate release Mansfield Texas

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☐

AO 243 (Rev. 09/17)

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

Relief from restitution relating to all credit cards, IRA account, new Sentencing and overturn of conviction, release from prison time served sufficient

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___November_____2023____.

(month, date, year)

Executed (signed) on _November_____2023___ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Legal memorandum

Ground one:

This constitutes exceptional circumstances where the need for the remedy afforded by writ of habeas corpus is apparent enough. Hauser vs. US 508F2D509

Ground two:
Counsels failure to preserve supported ineffective counsel
Burns vs. Gamen 260F3f892; 2001

Ground three:
Minskoff 98F.3D at 710 affirming the district Courts summary judgement in favor of the credit Card company for subsequent charges, and explaining "in our view, once a cardholder receives a statement that reasonable puts him on notice that one or more fraudulent charges have been made, he cannot thereafter claim lack of knowledge."
Dubin us USA no 22-10(S.Ct June 8, 2023) where the crux of the case must be "aggrevated identity, it can't be used as add on. Justice Gorsuch weighed in on ruling of Dubin stating "Truly, the statue fails to provide even rudimentary notice of what it does not and does criminalize. We have terms for laws like that. We call them vague. And in our Constitutional order, a vague law is no law at all."
Total loss amount calculations were in violation of
US vs Banks NOS 19-3812, 20-2235-2022